

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-84,097-01

### EX PARTE ROSS RICHARDSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 11-CR-040-1 IN THE 349TH DISTRICT COURT
### FROM HOUSTON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault against a public servant and sentenced to five years' imprisonment. The Twelfth Court of Appeals affirmed his conviction. *Richardson v. State*, No. 12-13-00131-CR (Tex. App.—Tyler, July 31, 2014)(not designated for publication).

On December 9, 2015, this Court remanded this application to the trial court for findings of fact and conclusions of law. On January 8, 2016, the trial court signed findings of fact and conclusions of law that were based on the affidavit from trial counsel and the transcript from a pre-

trial hearing.  The trial court recommended that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: February 10, 2016
Do not publish